# Morgan Lewis



**J. Kevin Fee**
Partner
+1.202.739.5353
kevin.fee@morganlewis.com

March 19, 2019

**VIA ECF**

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-19
```

Re:  Request to Reset Status Hearing for *International Code Council, Inc. et al. v. UpCodes Inc. et al.*, Civil Action No. 1:17-cv-6261-JFK-DCF

Dear Judge Keenan:

The parties jointly request that the status hearing currently scheduled for March 26, 2019 be removed from the calendar. The parties jointly requested to amend the discovery schedule to conclude expert discovery on April 26, 2019. *See* ECF No. 70. As there are no pending discovery disputes and the parties have not yet completed expert discovery, the parties respectfully request that the status conference be reset for a date in May once expert discovery has been concluded.

Sincerely,

J. Kevin Fee

Both parties consenting, the motion to adjourn is GRANTED. Accordingly, the status conference currently set for March 26, 2019 is adjourned to May 1, 2019 at 11 a.m.

SO ORDERED.
Dated:  New York, New York
        March 19, 2019

John F. Keenan
United States District Judge

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States

☎ +1.202.739.3000
📠 +1.202.739.3001