IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>　　　　　　　Defendants.<br><br>UPCODES, INC.,<br><br>　　　　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>INTERNATIONAL CODE COUNCIL, INC.,<br><br>　　　　　　　Counterclaim-Defendant. | Civil Action No. 1:17-cv-6261-VM-DCF<br><br>**ECF Case**<br><br>Hon. Victor Marrero<br>Courtroom: 11B |

**DEFENDANTS UPCODES, INC., GARRETT REYNOLDS, AND SCOTT REYNOLDS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds' Motion for Partial Summary Judgment; Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds' Statement of Undisputed Material Facts Pursuant To L.R. 56.1; Declaration of Joseph C. Gratz in Support of Defendants' Motion for Partial Summary Judgment, with exhibits; Declaration of Garrett Reynolds in Support of Defendants' Motion for Partial Summary Judgment, with exhibits; Declaration of Scott Reynolds in Support of Defendants' Motion for Partial Summary Judgment; and all prior pleadings, orders, and proceedings herein, Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively "Defendants") by their attorneys, hereby move this Court for partial summary judgment that UpCodes as it exists today does not infringe any valid copyright of Plaintiff.  Defendants request oral argument on this motion.

Dated:  May 31, 2019                    DURIE TANGRI LLP


                                        By:      /s/ Joseph C. Gratz
                                        RAGESH K. TANGRI (*Pro Hac Vice*)
                                        rtangri@durietangri.com
                                        JOSEPH C. GRATZ (*Pro Hac Vice*)
                                        jgratz@durietangri.com
                                        CATHERINE Y. KIM (*Pro Hac Vice*)
                                        ckim@durietangri.com
                                        217 Leidesdorff Street
                                        San Francisco, CA 94111
                                        Telephone: (415) 362-6666
                                        Facsimile: (415) 236-6300

                                        Attorneys for Defendant and Counterclaim-Plaintiff
                                        UPCODES, INC., GARRETT REYNOLDS, and
                                        SCOTT REYNOLDS