# Morgan Lewis

**J. Kevin Fee**
Partner
+1.202.739.5353
kevin.fee@morganlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/19
```

June 18, 2019

**VIA FAX**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Ste. 1040
New York, NY 10007

Re:  Request to File Memorandum of Law, Supplemental Statement of Undisputed Material Facts, and Certain Exhibits Under Seal in *International Code Council, Inc. et al. v. UpCodes Inc. et al.*, Civil Action No. 1:17-cv-6261-JFK-DCF

Dear Judge Marrero:

I write on behalf of International Code Council, Inc. ("ICC") in the above referenced matter. Responses to the parties' motions for summary judgment are due June 28, 2019. ICC's motion and supporting papers summarize, quote, and attach deposition testimony and documents that have been designated Confidential and Highly Confidential – Attorneys' Eyes Only pursuant to the protective order entered by the Court. ECF No. 27. Accordingly, ICC respectfully requests permission to file its Memorandum of Law, Supplemental Statement of Undisputed Material Facts, and certain exhibits under seal.

Sincerely,

J. Kevin Fee

> Request GRANTED in part. Plaintiff ICC herein is authorized to file the motion papers referred to above under seal in original copy, but are directed to file a redacted version in the public record, removing any confidential material.
> **SO ORDERED.**
> 6-19-19
> DATE    VICTOR MARRERO, U.S.D.J.

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
United States
☎ +1.202.739.3000
📠 +1.202.739.3001