# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021

**J. Kevin Fee**
Partner
+1.202.739.5353
kevin.fee@morganlewis.com

March 22, 2021

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   <u>International Code Council, Inc. v. UpCodes, Inc., 1:17-cv-6261-VM-DCF</u>

Dear Judge Marrero:

I am writing on behalf of all of the parties to jointly request a one-week extension of time for the parties to submit a proposed timeline for trial on the complaint in the copyright action, as required by Your Honor's March 1, 2021 Order.  Dkt. 113.  The current deadline for the parties' submission is March 22, 2021, and this is the parties' first request for an extension of this deadline.

The parties have participated in several telephone calls to discuss a timeline for trial and have exchanged initial draft proposals.  Despite their efforts to confer, some additional potential areas of disagreement between the parties remain, and the parties believe that they and the Court would benefit from some additional time for the parties to provide the Court with their respective positions on these issues if they are unable to reach an agreement.

Therefore, the parties respectfully request that the deadline for the proposed timeline for trial on the complaint in the copyright action be extended from March 22, 2021 to March 29, 2021.

Respectfully submitted,

/s/ J. Kevin Fee

J. Kevin Fee

Morgan, Lewis & Bockius LLP

1111 Pennsylvania Avenue, NW
Washington, DC  20004          T +1.202.739.3000
United States                  F +1.202.739.3001

---

The request for extension is granted. The parties may submit the joint proposed timeline for trial on or before March 29, 2021.

**SO ORDERED.**

3/22/2021                  /s/ Victor Marrero
DATE                       VICTOR MARRERO, U.S.D.J.