UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al

                           **Plaintiffs,**

         -against-

**UPCODES, INC. et al,**

                           **Defendants.**

------------------------------------------------------------------X

17-CV-06261 (VM)(VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 27, 2022, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint letter no later than **May 5, 2022,** providing the Court an update on the status of the case and any settlement discussions.

**SO ORDERED.**

DATED:     New York, New York
               April 28, 2022

                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2022