

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2022

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

J. Kevin Fee
Kevin.Fee@dlapiper.com
T  202.799.4441
F  202.799.5441

August 30, 2022
*VIA ECF*

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request **GRANTED.** The proposed schedule is adopted. The Court further schedules a case management conference for May 5, 2023 at 11:00 AM.

**SO ORDERED.**

9/2/2022

DATE                    VICTOR MARRERO, U.S.D.J.

**Re:     International Code Council, Inc. v. UpCodes, Inc., 1:17-cv-6261-VM-VF**

**Dear Judge Marrero:**

Pursuant to Your Honor's April 8, 2021 Order, the parties hereby inform the Court that the appeal has been resolved and jointly propose the following schedule for discovery on ICC's false advertising claims, consolidated for all pretrial purposes in Your Honor's June 15, 2020 Order, and trial on the copyright and false advertising claims.

| Event | Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|
| Defendants' Answer to Complaint in False Advertising Case | October 14, 2022 | |
| Opening of Fact Discovery in False Advertising Case | October 21, 2022 | |
| Substantial Completion of Document Production in False Advertising Case | January 20, 2023 | |
| Close of Fact Discovery in False Advertising Case | April 20, 2023 | |
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case | May 22, 2023 | |
| Rebuttal Expert Reports in False Advertising Case | June 26, 2023 | |
| Close of Expert Discovery in False Advertising Case | July 17, 2023 | |



The Honorable Victor Marrero
August 30, 2022
Page Two

| Event | Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|
| Motions for Summary Judgment in False Advertising Case | August 21, 2023 | |
| Oppositions to Motions for Summary Judgment in False Advertising Case | September 11, 2023 | |
| Replies in Support of Motions Summary Judgment in False Advertising Case | September 25, 2023 | |
| Parties to exchange<br>* list of claims<br>* contentions of fact<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict forms | November 21, 2023 or 60 days after a decision on all dispositive motions, whichever is later[1] | 91 days before trial |
| Parties to exchange objections to<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | December 6, 2023 | 76 days before trial |
| Parties to complete meet and confer regarding list of claims and contentions of fact, and objections to<br>* witness list<br>* exhibit list<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | December 18, 2023 | 64 days before trial |
| Parties to Confer to Attempt to Agree on Stipulations of Fact and Admissibility | December 18, 2023 | 64 days before trial |

---

[1] If after Nov. 21, 2023, all subsequent dates will be pushed back to keep the same number of days before trial.



The Honorable Victor Marrero
August 30, 2022
Page Three

| Event | Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|
| Motions in Limine | December 22, 2023 | 60 days before trial |
| Joint Pretrial Order | January 12, 2024 | 39 days before trial |
| Each Party's Pretrial Memorandum with Brief Discussion of the Issues to Be Tried and Authorities Relied Upon | January 12, 2024 | 39 days before trial |
| Joint Proposed Voir Dire | January 12, 2024 | 39 days before trial |
| Joint Proposed Request to Charge | January 12, 2024 | 39 days before trial |
| Joint List of Individuals, Companies and Other Entities that May Appear as Witnesses or Otherwise Be Referred to During Trial | January 12, 2024 | 39 days before trial |
| Joint Proposed Verdict Form | January 12, 2024 | 39 days before trial |
| Oppositions to Motions in Limine | January 12, 2024 | 39 days before trial |
| Reply Briefs on Motions in Limine | January 26, 2024 | 25 days before trial |
| Final Pretrial Conference | February 5, 2024 | 15 days before trial |
| Requests to Bring Computers into Courthouse | February 8, 2024 | 12 days before trial |
| Trial | February 20, 2024 (Estimated 20 days) | |

Sincerely,

J. Kevin Fee