UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC. and AMERICAN SOCIETY OF CIVIL ENGINEERS,<br>Plaintiffs,<br>v.<br>UPCODES, INC.;<br>GARRETT REYNOLDS; and SCOTT REYNOLDS,<br>Defendants. | Civil Action No.: 1:17-cv-6261-VM-VF |

**[PROPOSED] ORDER REGARDING PRODUCTION OF CONFIDENTIAL MATERIAL**

UpCodes, Inc. ("UpCodes") and National Fire Protection Association, Inc. ("NFPA") are parties to *National Fire Protection Association, Inc. v. UpCodes, Inc.*, No. 2:21-cv-05262-SPG-E (C.D. Cal. filed June 29, 2021). Following discovery served in that case, UpCodes has agreed to produce to NFPA the documents produced by Cyrus Lohrasbpour and the deposition transcript of Mr. Lohrasbpour in this matter (the "Lohrasabpour Materials"). It was brought to the parties' attention, however, that Mr. Lohrasbpour has passed away. UpCodes seeks an order from this Court that production to NFPA of these materials, which may be stamped "Confidential" or "Highly Confidential," will not violate the parties' Stipulated Order Regarding Confidentiality of Discovery and Inadvertent Disclosure of Privileged Material (Dkt. 27). International Code Council, Inc. ("ICC") does not oppose the production of the Lohrasabpour Materials to NFPA and does not oppose UpCodes' request.

| | |
|---|---|
| */s/ Jane Wise* | */s/ Joseph C. Gratz* |
| J. Kevin Fee | Joseph C. Gratz |
| Jane Wise | Ragesh K. Tangri |
| DLA Piper LLP | DURIE TANGRI LLP |
| 500 Eighth Street, NW | 217 Leidesdorff Street |
| Washington, D.C. 20004 | San Francisco, CA 94111 |
| Telephone: 202.799.4441 | Phone: 415-362-6666 |
| Facsimile: 202.799.5441 | Facsimile: 415-236-6300 |
| Email: kevin.fee@dlapiper.com | Email: jgratz@durietangri.com |
| jane.wise@dlapiper.com | rtangri@durietangri.com |
| | |
| *Counsel for International Code Council, Inc.* | *Counsel for Defendants UpCodes, Inc.; Garrett Reynolds, and Scott Reynolds* |

**DONE AND ORDERED** this  20th  day of  September , 2022

_____
HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE