USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/20/2022__

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC. and AMERICAN SOCIETY OF CIVIL ENGINEERS,<br><br>                Plaintiffs,<br><br>        v.<br><br>UPCODES, INC.;<br>GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>                Defendants. | Civil Action No.: 1:17-cv-6261-VM-VF |

**ORDER REGARDING PRODUCTION OF**
**CONFIDENTIAL MATERIAL**

UpCodes, Inc. ("UpCodes") and National Fire Protection Association, Inc. ("NFPA")

are parties to *National Fire Protection Association, Inc. v. UpCodes, Inc.*, No. 2:21-cv-05262-

SPG-E (C.D. Cal. filed June 29, 2021).  Following discovery served in that case, UpCodes has

agreed to produce to NFPA the documents produced by Cyrus Lohrasbpour and the

deposition transcript of Mr. Lohrasbpour in this matter (the "Lohrasabpour Materials").  It

was brought to the parties' attention, however, that Mr. Lohrasbpour has passed away.

UpCodes seeks an order from this Court that production to NFPA of these materials, which

may be stamped "Confidential" or "Highly Confidential," will not violate the parties'

Stipulated Order Regarding Confidentiality of Discovery and Inadvertent Disclosure of

Privileged Material (Dkt. 27) ("Stipulated Order").  International Code Council, Inc. ("ICC")

does not oppose the production of the Lohrasabpour Materials to NFPA and does not oppose

UpCodes' request.  The Court finds that production of the Lohrasabpour Materials will not

violate the Stipulated Order, pursuant to Section 1(f)(vi) of the Stipulated Order and grants

the request.

SO ORDERED.

__9/20/2022__
DATE

_VICTOR MARRERO, U.S.D.J._