UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al.

                                Plaintiffs,

            -against-

UPCODES, INC. et al,

                              Defendants.

-----------------------------------------------------------------X

**17-CV-06261 (VM)(VF)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2022

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a joint letter no later than **December 15, 2022,** providing the Court an update on the status of discovery.

      **SO ORDERED.**

DATED:    New York, New York
               October 17, 2022

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge