UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL CODE COUNCIL, INC.,
Plaintiff,

-against-

UPCODES, INC.; GARRETT REYNOLDS;
and SCOTT REYNOLDS,
Defendant.

Civil Action No.: 1:20-cv-4316 (VM)*

*consolidated for pre-trial purposes as
Civil Action No.: 1:17-cv-6261 (VM)

**ORDER FOR ADMISSION PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/07/2022

The motion of __Mark D. Marciszewski__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows (please print):

Applicant's Name: Mark D. Marciszewski

Firm Name: Durie Tangri LLP

Address: 953 East 3rd Street

City / State / Zip: Los Angeles, CA 90013

Telephone / Fax: 213-992-4499 / 415-236-6300

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/07/2022

_____
United States District / Magistrate Judge