

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

J. Kevin Fee
kevin.fee@us.dlapiper.com
**T**  202.799.4441
**F**  202.799.5441

January 12, 2023

<u>**VIA ECF**</u>

| | |
|---|---|
| The Honorable Victor Marrero | The Honorable Valerie Figueredo |
| United States District Judge | United States Magistrate Judge |
| Daniel Patrick Moynihan | Daniel Patrick Moynihan |
| United States Courthouse | United States Courthouse |
| 500 Pearl St. | 500 Pearl St. |
| New York, NY 10007-1312 | New York, NY 10007-1312 |

**Re:** <u>*International Code Council, Inc. v. UpCodes, Inc. et al. – Consolidated Case No. 1:17-cv-6261 and 1:22-cv-10815*</u>

Dear District Judge Marrero and Magistrate Judge Figueredo:

  The parties submit this joint letter motion further to their status update of December 15, 2023 concerning the discovery schedule in the consolidated case No. 1:17-cv-6261 and the recently filed complaint by International Code Council, Inc. ("ICC") against Defendants UpCodes Inc., Garrett Reynolds, and Scott Reynolds, 1:22-cv-10815, which has been referred to Judge Marrero as a possibly related case (the "Second Copyright Case").

  The parties jointly move that the related Second Copyright Case be consolidated for pretrial purposes with the 1:17-cv-6261 (the "First Copyright Case") and 1:20-cv-4316 (the "False Advertising Case"), and that all filings in connection with the consolidated action be docketed against the lowest number, 1:17-cv-6261.  The parties also jointly move to reset the scheduling order in the consolidated cases to allow time for the parties to conduct discovery on the false advertising claims in addition to the Second Copyright Case.  The parties include below a proposed amended case schedule.

Sincerely,

*/s/ J. Kevin Fee*
J. Kevin Fee



January 12, 2023
Page 2

| Event | Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|
| Defendants' Response to Complaint in Second Copyright Case | February 10, 2023 | |
| Opening of Fact Discovery in Second Copyright Case | February 17, 2023 | |
| Substantial Completion of Document Production in False Advertising Case and Second Copyright Case | July 31, 2023 | |
| Close of Fact Discovery in False Advertising Case and Second Copyright Case | November 17, 2023 | |
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | February 2, 2024 | |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | March 15, 2024 | |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | May 3, 2024 | |
| Motions for Summary Judgment in False Advertising Case and Second Copyright Case | June 21, 2024 | |
| Oppositions to Motions for Summary Judgment in False Advertising Case and Second Copyright Case | July 19, 2024 | |
| Replies in Support of Motions Summary Judgment in False Advertising Case and Second Copyright Case | August 2, 2024 | |
| Parties to exchange<br>* list of claims<br>* contentions of fact | November 14, 2024 or 60 days after a decision on all dispositive | 91 days before trial |

DLA Piper LLP (US)



January 12, 2023
Page 3

| Event | Deadline | Days Before Trial (for Pretrial Submissions) |
| --- | --- | --- |
| * witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict forms | motions, whichever is later[1] | |
| Parties to exchange objections to<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | November 28, 2024 | 81 days before trial |
| Parties to complete meet and confer regarding list of claims and contentions of fact, and objections to<br>* witness list<br>* exhibit list<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | December 9, 2024 | 70 days before trial |
| Parties to Confer to Attempt to Agree on Stipulations of Fact and Admissibility | December 13, 2024 | 66 days before trial |
| Motions in Limine | December 19, 2024 | 60 days before trial |
| Joint Pretrial Order | January 9, 2025 | 39 days before trial |
| Each Party's Pretrial Memorandum with Brief Discussion of the Issues to Be Tried and Authorities Relied Upon | January 9, 2025 | 39 days before trial |
| Joint Proposed Voir Dire | January 9, 2025 | 39 days before trial |
| Joint Proposed Request to Charge | January 9, 2025 | 39 days before trial |
| Joint List of Individuals, Companies and Other Entities that May Appear as | January 9, 2025 | 39 days before trial |

---

[1] If after November 14, 2024, all subsequent dates will be pushed back to keep the same number of days before trial.

DLA Piper LLP (US)



January 12, 2023
Page 4

| Event | Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|
| Witnesses or Otherwise Be Referred to During Trial | | |
| Joint Proposed Verdict Form | January 9, 2025 | 39 days before trial |
| Oppositions to Motions in Limine | January 9, 2025 | 39 days before trial |
| Reply Briefs on Motions in Limine | January 23, 2025 | 25 days before trial |
| Final Pretrial Conference | January 31, 2025 | 17 days before trial |
| Requests to Bring Computers into Courthouse | February 5, 2025 | 12 days before trial |
| Trial | February 17, 2025 (Estimated 20 days) | |

DLA Piper LLP (US)