USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

INTERNATIONAL CODE COUNCIL, INC.,

                 Plaintiff,

- against -

UPCODES, INC., et al.,

                 Defendant.

17 Civ. 06261 (VM)
20 Civ. 04316 (VM)
22 Civ. 10815 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same or substantially similar defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lowest numbered case, 17 Civ. 06261; and it is further

**ORDERED** that the Clerk of Court close the above-referenced higher numbered case, 22 Civ. 10815, as a separate

1

action and remove it from the Court's docket; and it is further

**ORDERED** that the Court adopts the scheduled proposed by the parties in their Joint Letter Motion to Consolidate Cases (Dkt. No. 141) and as set forth below:

| Event | Deadline | Days Before Trial |
|---|---|---|
| Defendants' Response to Complaint in Second Copyright Case | February 10, 2023 | |
| Opening of Fact Discovery in Second Copyright Case | February 17, 2023 | |
| Substantial Completion of Document Production in False Advertising Case and Second Copyright Case | July 31, 2023 | |
| Close of Fact Discovery in False Advertising Case and Second Copyright Case | November 17, 2023 | |
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | February 2, 2024 | |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | March 15, 2024 | |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | May 3, 2024 | |
| Motions for Summary Judgment in False Advertising Case and Second Copyright Case | June 21, 2024 | |
| Oppositions to Motions for Summary Judgment in False Advertising Case and Second Copyright Case | July 19, 2024 | |

2

| Event | Deadline | Days Before Trial |
|---|---|---|
| Replies in Support of Motions Summary Judgment in False Advertising Case and Second Copyright Case | August 2, 2024 | |
| Parties to exchange<br>* list of claims<br>* contentions of fact<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict forms | November 14, 2024 or<br>60 days after a decision on all dispositive motions, whichever is later[1] | 91 days before trial |
| Parties to exchange objections to<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | November 28, 2024 | 81 days before trial |
| Parties to complete meet and confer regarding list of claims and contentions of fact, and objections to<br>* witness list<br>* exhibit list<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | December 9, 2024 | 70 days before trial |
| Parties to Confer to Attempt to Agree on Stipulations of Fact and Admissibility | December 13, 2024 | 66 days before trial |
| Motions in Limine | December 19, 2024 | 60 days before trial |
| Joint Pretrial Order | January 9, 2025 | 39 days before trial |

---

[1] If after November 14, 2024, all subsequent dates will be pushed back to keep the same number of days before trial.

3

| Event | Deadline | Days Before Trial |
|---|---|---|
| Each Party's Pretrial Memorandum with Brief Discussion of the Issues to Be Tried and Authorities Relied Upon | January 9, 2025 | 39 days before trial |
| Joint Proposed Voir Dire | January 9, 2025 | 39 days before trial |
| Joint Proposed Request to Charge | January 9, 2025 | 39 days before trial |
| Joint List of Individuals, Companies and Other Entities that May Appear as Witnesses or Otherwise Be Referred to During Trial | January 9, 2025 | 39 days before trial |
| Joint Proposed Verdict Form | January 9, 2025 | 39 days before trial |
| Oppositions to Motions in Limine | January 9, 2025 | 39 days before trial |
| Reply Briefs on Motions in Limine | January 23, 2025 | 25 days before trial |
| Final Pretrial Conference | January 31, 2025 | 17 days before trial |
| Requests to Bring Computers into Courthouse | February 5, 2025 | 12 days before trial |
| Trial | February 17, 2025 (Estimated 20 days) | |

**SO ORDERED.**

Dated:    13 January 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.

4