UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al.

                          Plaintiffs,

        -against-

UPCODES, INC. et al,

                         Defendants.

-----------------------------------------------------------------X

17-CV-06261 (VM)(VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    For the reasons stated at the telephonic discovery conference held on March 2, 2023, the Clerk of Court is directed to terminate the letter motion at ECF No. 153.

    **SO ORDERED.**

DATED:    New York, New York
                 March 2, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge