

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Jane W. Wise
jane.wise@us.dlapiper.com
T  202.799.4149
F  202.863.7849

May 3, 2023

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2023

Re:   *ICC v. UpCodes, Inc. et al.*, Case No. 1:17-cv-6261-VM-VF

Dear Honorable Judge Marrero:

Pursuant to Local Civil Rule 7.1(d), the parties jointly request adjournment of the case management conference currently scheduled for Friday, May 5, 2023 on the basis that there are no issues requiring the Court's attention at this time.

Sincerely,

*Jane W Wise*

Jane W. Wise

CC: All counsel of record

---

**Request GRANTED.** The status conference scheduled for May 5, 2023 is adjourned to a date within two weeks of the completion of fact discovery as determined by the designated Magistrate Judge supervising pretrial proceedings.

**SO ORDERED.**

05/04/2023
DATE

*[signature]*
VICTOR MARRERO, U.S.D.J.