UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al.

                          Plaintiffs,

      -against-

UPCODES, INC. et al,

                          Defendants.
-----------------------------------------------------------------X

17-CV-06261 (VM)(VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference in this matter is scheduled for **Tuesday, August 1, 2023, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335.**

      Plaintiff International Code Council, Inc. is directed to submit a response to Defendant Upcodes, Inc.'s letter motion at ECF No. 172 by no later than **July 12, 2023.**

      The Clerk of Court is directed to terminate the motion at ECF No. 172.

      **SO ORDERED.**

DATED:     New York, New York
               July 5, 2023

                                                                        _____
                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate Judge