UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al.

                     Plaintiffs,

    -against-

UPCODES, INC. et al,

                     Defendants.

-----------------------------------------------------------------X

17-CV-06261 (VM)(VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On August 1, 2023, a conference was held to address the discovery disputes raised by Defendant in its letter dated June 30, 2023. See ECF Nos. 172-73. As stated on the record, the only dispute that remained to be resolved was concerning RFP 15; all other disputes were resolved during the conference. As it pertains to Request No. 15, Defendant's motion to compel is **DENIED**.

**SO ORDERED.**

DATED:    New York, New York
               September 7, 2023

                                          VALERIE FIGUEREDO
                                          United States Magistrate