**MORRISON FOERSTER**

707 WILSHIRE BOULEVARD
SUITE 6000
LOS ANGELES
CALIFORNIA 90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

October 26, 2023

Writer's Direct Contact
+1 (213) 892-5648
MMarciszewski@mofo.com

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *International Code Council, Inc. v. UpCodes, Inc. et al.* – Consolidated Case Nos. 1:17-cv-6261 and 1:22-cv-10815

Dear District Judge Ho and Magistrate Judge Figueredo:

The parties submit this joint letter motion concerning the discovery schedule in the consolidated case No. 1:17-cv-6261. The parties jointly move to reset the scheduling order in the consolidated cases for good cause to allow time for the parties to continue to conduct discovery on the false advertising claims in addition to the Second Copyright Case. The parties include below a proposed amended case schedule.

The parties have requested to reset the scheduling order two times previously, on March 22, 2021, and July 24, 2023, respectively. (ECF Nos. 115, 180). The Court granted each of the parties' motions on March 22, 2021, and July 26, 2023, respectively. (ECF Nos. 116, 181).

As shown in more detail in the chart below, ICC has served a total of 113 document requests, the latest on June 16, 2023, and UpCodes has served responses to all of those requests as of July 24, 2023. ICC has served a total of 13 interrogatories, the latest on February 17, 2023, and UpCodes has served responses to all of those interrogatories as of March 20, 2023.

| Propounding Party's Request | Date of Requests | Number of Requests | Responding Party | Date of Response |
|---|---|---|---|---|
| ICC 1st Set of RFPs (False Advertising) | October 21, 2022 | 41 | UpCodes | November 21, 2022 |

**MORRISON FOERSTER**

The Honorable Dale E. Ho
The Honorable Valerie Figueredo
October 26, 2023
Page Two

| ICC 1st Set of RFPs (Second Copyright Case) | February 17, 2023 | 43 | UpCodes | March 20, 2023 |
|---|---|---|---|---|
| ICC 1st Set of Interrogatories (False Advertising) | October 21, 2022 | 4 | UpCodes | November 21, 2022 |
| ICC 1st Set of Interrogatories (Second Copyright Case) | February 17, 2023 | 9 | UpCodes | March 20, 2023 |
| ICC 2nd Set of RFPs (Second Copyright Case) | June 16, 2023 | 29 | UpCodes | July 24, 2023 |

As shown in more detail in the chart below, UpCodes has served a total of 60 document requests, the latest on September 5, 2023, and ICC has served responses to all of those requests as of October 5, 2023. UpCodes has served a total of 12 interrogatories, and ICC has served responses to all of those interrogatories as of November 25, 2022.

| Propounding Party's Request | Date of Requests | Number of Requests | Responding Party | Date of Response |
|---|---|---|---|---|
| UpCodes 1st Set of RFPs (False Advertising) | October 26, 2022 | 28 | ICC | November 25, 2022 |
| UpCodes 1st Set of RFPs (Second Copyright Case) | March 8, 2023 | 31 | ICC | April 10, 2023 |

**MORRISON FOERSTER**

The Honorable Dale E. Ho
The Honorable Valerie Figueredo
October 26, 2023
Page Three

| UpCodes 1st Set of Interrogatories (False Advertising) | October 26, 2022 | 12 | ICC | November 25, 2022 |
|---|---|---|---|---|
| UpCodes 2nd Set of RFPs (Second Copyright Case) | September 5, 2023 | 1 | ICC | October 5, 2023 |

As shown in more detail in the chart below, UpCodes has produced a total of 68,478 pages of documents, with the latest production on October 26, 2023. ICC has produced a total of 159,120 pages of documents, with the latest production on June 16, 2023.

| Producing Party | Date of Production | Number of Pages in Production |
|---|---|---|
| UpCodes | April 28, 2023 | 158 |
| UpCodes | October 13, 2023 | 45,312 |
| UpCodes | October 26, 2023 | 23,008 |
| UPCODES TOTAL | | 68,478 |

| Producing Party | Date of Production | Number of Pages in Production |
|---|---|---|
| ICC | May 26, 2023 | 1,161 |
| ICC | June 16, 2023 | 157,959 |
| ICC TOTAL | | 159,120 |

**MORRISON FOERSTER**

The Honorable Dale E. Ho
The Honorable Valerie Figueredo
October 26, 2023
Page Four

Furthermore, there has been extensive third-party discovery in the instant case. ICC served 36 third parties,[1] totaling a number of 766 requests for production of documents. UpCodes served 11 third parties, totaling a number of 95 requests for production of documents.

The parties have exchanged correspondence and have participated in numerous meet-and-confer videoconferences regarding each parties' discovery requests. Most recently, the parties have been negotiating the parameters of an appropriate ESI search for responding to each other's requests for production. Those negotiations concluded on October 13, 2023, and the parties are now reviewing the results of the agreed-upon searches. The parties expect to begin taking depositions this winter after those productions are complete.

The parties are not scheduled to appear before the Court until May 9, 2025, for the Final Pretrial Conference.

Accordingly, parties jointly move to reset the scheduling order in accordance with the proposed amended case schedule below for the consolidated cases for good cause to allow time for the parties to continue to conduct discovery.

Sincerely,

Mark D. Marciszewski

| Event | Current Deadline | Proposed Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Substantial Completion of Document Production in | October 31, 2023 | January 19, 2024 | |

---

[1] UpCodes' counsel has been retained by 18 of the 36 third parties. To date, UpCodes' counsel, on behalf of third parties, has produced 789 documents in response to ICC's third-party requests. ICC's counsel, on behalf of third parties, has produced 16 in response to UpCodes' third-party requests.

MORRISON FOERSTER

The Honorable Dale E. Ho
The Honorable Valerie Figueredo
October 26, 2023
Page Five

| Event | Current Deadline | Proposed Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| False Advertising Case and Second Copyright Case | | | |
| Close of Fact Discovery in False Advertising Case and Second Copyright Case | February 23, 2023 | May 10, 2024 | |
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | May 2, 2024 | July 19, 2024 | |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | June 20, 2024 | September 6, 2024 | |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | August 9, 2024 | October 25, 2024 | |
| Motions for Summary Judgment in False Advertising Case and Second Copyright Case | September 27, 2024 | January 17, 2025 | |
| Oppositions to Motions for Summary Judgment in False Advertising Case and Second Copyright Case | October 25, 2024 | February 14, 2025 | |
| Replies in Support of Motions Summary Judgment in False | November 8, 2024 | February 28, 2025 | |

**MORRISON FOERSTER**

The Honorable Dale E. Ho
The Honorable Valerie Figueredo
October 26, 2023
Page Six

| Event | Current Deadline | Proposed Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Advertising Case and Second Copyright Case | | | |
| Parties to exchange<br>* list of claims<br>* contentions of fact<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict forms | February 25, 2025<br><br>or<br><br>60 days after a decision on all dispositive motions, whichever is later[2] | June 6, 2025<br><br>or<br><br>60 days after a decision on all dispositive motions, whichever is later[3] | 94 days before trial |
| Parties to exchange objections to<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | March 7, 2025 | June 20, 2025 | 80 days before trial |
| Parties to complete meet and confer<br>regarding list of claims and contentions of fact, and objections to<br>* witness list<br>* exhibit list<br>* deposition designations<br>* proposed jury instructions | March 18, 2025 | June 30, 2025 | 70 days before trial |

---

[2] If after February 25, 2025, all subsequent dates will be pushed back to keep the same number of days before trial.
[3] If after June 6, 2025, all subsequent dates will be pushed back to keep the same number of days before trial.

**MORRISON FOERSTER**

The Honorable Dale E. Ho
The Honorable Valerie Figueredo
October 26, 2023
Page Seven

| Event | Current Deadline | Proposed Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| * proposed verdict form | | | |
| Parties to Confer to Attempt to Agree on Stipulations of Fact and Admissibility | March 21, 2025 | July 2, 2025 | 67 days before trial |
| Motions *in Limine* | March 28, 2025 | July 9, 2025 | 61 days before trial |
| Joint Pretrial Order | April 18, 2025 | July 30, 2025 | 40 days before trial |
| Each Party's Pretrial Memorandum with Brief Discussion of the Issues to Be Tried and Authorities Relied Upon | April 18, 2025 | July 30, 2025 | 40 days before trial |
| Joint Proposed Voir Dire | April 18, 2025 | July 30, 2025 | 40 days before trial |
| Joint Proposed Request to Charge | April 18, 2025 | July 30, 2025 | 40 days before trial |
| Joint List of Individuals, Companies and Other Entities that May Appear as Witnesses or Otherwise Be Referred to During Trial | April 18, 2025 | July 30, 2025 | 40 days before trial |
| Joint Proposed Verdict Form | April 18, 2025 | July 30, 2025 | 40 days before trial |

**MORRISON FOERSTER**

The Honorable Dale E. Ho
The Honorable Valerie Figueredo
October 26, 2023
Page Eight

| Event | Current Deadline | Proposed Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Oppositions to Motions *in Limine* | April 18, 2025 | July 30, 2025 | 40 days before trial |
| Reply Briefs on Motions *in Limine* | May 2, 2025 | August 15, 2025 | 24 days before trial |
| Final Pretrial Conference | May 9, 2025 | August 22, 2025 | 17 days before trial |
| Requests to Bring Computers into Courthouse | May 15, 2025 | August 28, 2025 | 11 days before trial |
| Trial | May 27, 2025 (Estimated 20 days) | September 8, 2025 (Estimated 20 days) | |