

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

J. Kevin Fee
Kevin.Fee@us.dlapiper.com
T  202.799.4441
F  202.799.5441

December 14, 2023
*VIA ECF*

Hon. Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *ICC v. UpCodes, Inc. et al.,* **Case No. 1:17-cv-6261-DEH-VF**

Dear Judge Figueredo:

We represent International Code Council, Inc. ("ICC") in the above-captioned case and write with the consent of counsel for Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds, to respectfully request that the Court reschedule the discovery conference that is currently calendared for January 9, 2024 at 2:30 p.m. (Dkt No. 193) to a time convenient for the Court on January 12, 2024 or at the Court's earliest convenience thereafter.  Counsel for ICC is unavailable at the time initially scheduled by the Court for this discovery conference due to prior commitments, including a hearing that cannot be moved in another matter.

Respectfully submitted,

*/s/ J. Kevin Fee*

J. Kevin Fee

cc:   All counsel of record (via ECF)

---

**SO ORDERED**

*/s/ Valerie Figueredo*

VALERIE FIGUEREDO
United States Magistrate Judge

Dated: December 20, 2023

The conference scheduled for January 9, 2024, at 2:30 p.m. is hereby rescheduled to **Monday, January 29, 2024, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 194.