

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

J. Kevin Fee
kevin.fee@us.dlapiper.com
T  202.799.4441
F  202.799.5441

September 13, 2024
*Via* ECF

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 8.

Hon. Jennifer H. Rearden, U.S.D.J.
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: September 17, 2024

**Re:** *International Code Council, Inc. v. Skidmore, Owings and Merrill, LLP*, **Case No. 1:24-mc-412-JHR; Underlying Action Pending in the United States District Court for the Southern District of New York:** *International Code Council, Inc. v. UpCodes, Inc., Garrett Reynolds, and Scott Reynolds*, **Civ. Action No. 1:17-cv-6261 (DH)(VF)**

Dear Judge Rearden:

The parties submit this joint letter motion and stipulation concerning Skidmore, Owings & Merrill, LLP's ("SOM") time to respond to ICC's Motion to Enforce a Rule 45 Subpoena, filed on September 6, 2024.

If SOM had been properly served on September 6, 2024, SOM's response would have been due on or before September 20, 2024 pursuant to Local Civil Rule 6.1(b).

SOM accepted service by email on September 10, 2024, in exchange for agreement from ICC that SOM's could respond on or before September 24, 2024.

The parties have not asked for any previous extensions of time. The parties does not have an appearance before this Court schedule nor any other case deadlines in this matter.

Accordingly, the parties respectfully request that SOM's time to respond to ICC's Motion be extended to September 24, 2024. A Joint Stipulation is attached hereto.

Respectfully submitted,

*J. Kevin Fee*

J. Kevin Fee