

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 12/30/24

The extension requested herein is GRANTED. The Court hereby adopts the parties' proposed schedule set forth herein.

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Jane W. Wise
jane.wise@us.dlapiper.com
T  202.799.4149
F  202.863.7849

December 20, 2024
VIA ECF

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *International Code Council, Inc. v. UpCodes, Inc. et al.* – Consolidated Case Nos. 1:17-cv-6261, 1:20-cv-04316, and 1:22-cv-10815

Dear Magistrate Judge Figueredo:

The parties submit this joint letter motion concerning the discovery schedule in consolidated case No. 1:17-cv-6261. The parties jointly move to reset the scheduling order in the consolidated cases for good cause to allow time for the parties to continue to conduct discovery on the false advertising claims and the Second Copyright Case.

The parties need additional time to complete document production, supplement contention interrogatory responses, and conduct depositions based on the foregoing discovery. On September 6, 2024, Plaintiffs International Code Council, Inc. ("ICC"), filed a motion to compel Skidmore, Owings & Merrill LLP to comply with a Rule 45 Subpoena to Produce Documents, Information, or Objects or Permit Inspection of Premises in the above captioned proceeding.[1] ICC's motion remains outstanding. Accordingly, the parties request an extension of the current discovery schedule to resolve the parties' outstanding discovery disputes and complete all fact discovery (including third party discovery).

The parties have requested to reset the scheduling order five times previously, on March 22, 2021, July 24, 2023, October 26, 2023, March 20, 2024, and August 5, 2024 respectively. (Dkt. Nos. 115, 180, 186, 207, 210.) The Court granted each of the parties' motions on March 22, 2021, July 26, 2023, October 30, 2023, March 26, 2024, and August 7, 2024 respectively. (Dkt. Nos. 116, 181, 187, 209, 211.)

---

[1] *See International Code Council, Inc., v. Skidmore, Owings & Merrill, LLP*, Case No. 1:24-mc-00412-JHR, Dkt. No. 1.



December 20, 2024
Page Two

Accordingly, the parties jointly move to reset the scheduling order in accordance with the proposed amended case schedule below for the consolidated cases for good cause to allow time for the parties to continue to conduct discovery.

Respectfully submitted,

Jane W. Wise



December 20, 2024
Page Three

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Close of Fact Discovery in False Advertising Case and Second Copyright Case | January 10, 2025 | May 16, 2025 | |
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | March 21, 2025 | July 18, 2025 | |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | May 9, 2025 | August 29, 2025 | |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | June 27, 2025 | October 3, 2025 | |
| Motions for Summary Judgment in False Advertising Case and Second Copyright Case | September 19, 2025 | November 7, 2025 | |
| Oppositions to Motions for Summary Judgment in False Advertising Case and Second Copyright Case | October 17, 2025 | December 5, 2025 | |
| Replies in Support of Motions Summary Judgment in False Advertising Case and Second Copyright Case | October 31, 2025 | December 19, 2025 | |

Case 1:17-cv-06261-DEH-VF    Document 220    Filed 12/30/24    Page 4 of 5



December 20, 2024
Page Four

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Parties to exchange<br>* list of claims<br>* contentions of fact<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict forms | April 17, 2026<br><br>or<br><br>60 days after a decision on all dispositive motions, whichever is later[2] | No change | 94 days before trial |
| Parties to exchange objections to<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | May 1, 2026 | No change | 80 days before trial |
| Parties to complete meet and confer regarding list of claims and contentions of fact, and objections to<br>* witness list<br>* exhibit list<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | May 11, 2026 | No change | 70 days before trial |
| Parties to Confer to Attempt to Agree on Stipulations of Fact and Admissibility | May 14, 2026 | No change | 67 days before trial |

---

[2] If after, March 13, 2026, all subsequent dates will be pushed back to keep the same number of days before trial.



December 20, 2024
Page Five

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Motions *in Limine* | May 20, 2026 | No change | 61 days before trial |
| Joint Pretrial Order | June 10, 2026 | No change | 40 days before trial |
| Each Party's Pretrial Memorandum with Brief Discussion of the Issues to Be Tried and Authorities Relied Upon | June 10, 2026 | No change | 40 days before trial |
| Joint Proposed Voir Dire | June 10, 2026 | No change | 40 days before trial |
| Joint Proposed Request to Charge | June 10, 2026 | No change | 40 days before trial |
| Joint List of Individuals, Companies and Other Entities that May Appear as Witnesses or Otherwise Be Referred to During Trial | June 10, 2026 | No change | 40 days before trial |
| Joint Proposed Verdict Form | June 10, 2026 | No change | 40 days before trial |
| Oppositions to Motions *in Limine* | June 10, 2026 | No change | 40 days before trial |
| Reply Briefs on Motions *in Limine* | June 26, 2026 | No change | 24 days before trial |
| Final Pretrial Conference | July 2, 2026 | No change | 18 days before trial |
| Requests to Bring Computers into Courthouse | July 9, 2026 | No change | 11 days before trial |
| Trial | July 20, 2026 (Estimated 20 days) | No change | |