

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Jane W. Wise
jane.wise@us.dlapiper.com
T  202.799.4149
F  202.863.7849

April 9, 2025
*VIA ECF*

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> **Re:** *International Code Council, Inc. v. UpCodes, Inc. et al.* – **Consolidated Case Nos. 1:17-cv-6261, 1:20-cv-04316, and 1:22-cv-10815**

Dear Magistrate Judge Figueredo:

The parties submit this joint letter motion concerning the discovery schedule in consolidated case No. 1:17-cv-6261. The parties jointly move to reset the scheduling order in the consolidated cases for good cause to allow time for the parties to conduct discovery on the false advertising claims and the Second Copyright Case.

The parties need additional time to complete document production, supplement contention interrogatory responses, and conduct depositions based on the foregoing discovery. On September 6, 2024, Plaintiffs International Code Council, Inc. ("ICC"), filed a motion to compel Skidmore, Owings & Merrill LLP to comply with a Rule 45 Subpoena to Produce Documents, Information, or Objects or Permit Inspection of Premises in the above captioned proceeding.[1] ICC's motion remains outstanding. Accordingly, the parties request an extension of the current discovery schedule to resolve the parties' outstanding discovery disputes and complete all fact discovery (including third party discovery).

The parties have requested to reset the scheduling order six times previously, on March 22, 2021, July 24, 2023, October 26, 2023, March 20, 2024, August 5, 2024, and December 20, 2024 respectively. (Dkt. Nos. 115, 180, 186, 207, 210, 219). The Court granted each of the parties' motions on March 22, 2021, July 26, 2023, October 30, 2023, March 26, 2024, August 7, 2024, and December 30, 2024 respectively. (Dkt. Nos. 116, 181, 187, 209, 211, 220.)

---

[1] *See International Code Council, Inc., v. Skidmore, Owings & Merrill, LLP*, Case No. 1:24-mc-00412-JHR, Dkt. No. 1.



April 9, 2025
Page Two

Accordingly, the parties jointly move to reset the scheduling order in accordance with the proposed amended case schedule below for the consolidated cases for good cause to allow time for the parties to continue to conduct discovery.

Respectfully submitted,

*Jane W Wise*

Jane W. Wise



April 9, 2025
Page Three

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Close of Fact Discovery in False Advertising Case and Second Copyright Case | May 16, 2025 | September 30, 2025 | |
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | July 18, 2025 | October 30, 2025 | |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | August 29, 2025 | December 5, 2025 | |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | October 3, 2025 | January 15, 2026 | |
| Motions for Summary Judgment in False Advertising Case and Second Copyright Case | November 7, 2025 | February 13, 2026 | |
| Oppositions to Motions for Summary Judgment in False Advertising | December 5, 2025 | March 13, 2026 | |



April 9, 2025
Page Four

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Case and Second Copyright Case | | | |
| Replies in Support of Motions Summary Judgment in False Advertising Case and Second Copyright Case | December 19, 2025 | March 27, 2026 | |
| Parties to exchange<br>* list of claims<br>* contentions of fact<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict forms | April 17, 2026<br><br>or<br><br>60 days after a decision on all dispositive motions, whichever is later[2] | July 17, 2026<br><br>or<br><br>60 days after a decision on all dispositive motions, whichever is later[3] | 94 days before trial |
| Parties to exchange objections to<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | May 1, 2026 | July 31, 2026 | 80 days before trial |

---

[2] If after, April 17, 2026, all subsequent dates will be pushed back to keep the same number of days before trial.
[3] If after, July 17, 2026, all subsequent dates will be pushed back to keep the same number of days before trial.



April 9, 2025
Page Five

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Parties to complete meet and confer regarding list of claims and contentions of fact, and objections to<br>* witness list<br>* exhibit list<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | May 11, 2026 | August 10, 2026 | 70 days before trial |
| Parties to Confer to Attempt to Agree on Stipulations of Fact and Admissibility | May 14, 2026 | August 13, 2026 | 67 days before trial |
| Motions *in Limine* | May 20, 2026 | August 19, 2026 | 61 days before trial |
| Joint Pretrial Order | June 10, 2026 | September 9, 2026 | 40 days before trial |
| Each Party's Pretrial Memorandum with Brief Discussion of the Issues to Be Tried and Authorities Relied Upon | June 10, 2026 | September 9, 2026 | 40 days before trial |
| Joint Proposed Voir Dire | June 10, 2026 | September 9, 2026 | 40 days before trial |
| Joint Proposed Request to Charge | June 10, 2026 | September 9, 2026 | 40 days before trial |
| Joint List of Individuals, Companies and | June 10, 2026 | September 9, 2026 | 40 days before trial |



April 9, 2025
Page Six

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Other Entities that May Appear as Witnesses or Otherwise Be Referred to During Trial | | | |
| Joint Proposed Verdict Form | June 10, 2026 | September 9, 2026 | 40 days before trial |
| Oppositions to Motions *in Limine* | June 10, 2026 | September 9, 2026 | 40 days before trial |
| Reply Briefs on Motions *in Limine* | June 26, 2026 | September 25, 2026 | 24 days before trial |
| Final Pretrial Conference | July 2, 2026 | October 1, 2026 | 18 days before trial |
| Requests to Bring Computers into Courthouse | July 9, 2026 | October 8, 2026 | 11 days before trial |
| Trial | July 20, 2026 (Estimated 20 days) | October 19, 2026 (Estimated 20 days) | |