USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al.

                               Plaintiffs,

          -against-

UPCODES, INC. et al,

                            Defendants.

-----------------------------------------------------------------X

17-CV-06261 (VM) (VF)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The telephonic discovery conference scheduled for September 24, 2025 is hereby rescheduled for **Thursday, September 4, 2025 at 11 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (646) 453-4442, passcode: 231657055#.

      **SO ORDERED.**

DATED:    New York, New York
               September 3, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge