IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC., GARRETT REYNOLDS, and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action Nos.<br><br>1:20-cv-04316 (DEH)(VF)*<br><br>*Consolidated Case:<br>1:17-cv-06261 (DEH)(VF) |

### DECLARATION OF MARK D. MARCISZEWSKI IN SUPPORT OF UPCODES, INC.'S MOTION

I, Mark D. Marciszewski, declare as follows:

1. I am an attorney admitted to practice before this Court. I submit this Declaration in support of UpCodes' letter motion requesting a discovery conference concerning Plaintiff International Code Council's (ICC) responses to UpCodes' written discovery. I am an attorney at Morrison & Foerster LLP, attorneys of record for Defendant UpCodes, Inc., Garrett Reynolds, and Scott Reynolds. I have personal knowledge of the facts set forth herein. If called upon as a witness, I could and would competently testify to the matters stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of the interrogatories and request for production at issue in this motion and ICC's responses to them, quoted verbatim from Plaintiff International Code Council's Responses and Objections to Defendant UpCodes, Inc.'s Second Set of Requests for Production of Documents, served on March 6, 2024, and Plaintiff International Code Council, Inc's Responses and Objections to Defendant's First Set of Interrogatories, served on March 21, 2024.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiff International Code

-2-

Council Inc. Supplemental Responses and Objections to Defendants' First Set of Interrogatories, served on June 6, 2025.

4. On February 5, 2024, UpCodes served Defendant UpCodes, Inc.'s Second Set of Requests for Production of Documents to Plaintiff International Code Council, Inc., which contained *Copyright II* Request for Production (RFP) No. 29.

5. On February 20, 2024, UpCodes served Defendant UpCodes, Inc.'s First Set of Interrogatories to Plaintiff International Code Council, Inc., which contained *Copyright II* Interrogatories (ROGs) Nos. 1–2 and Copyright II ROGs Nos. 6–7.

6. On March 6, 2024, ICC served Plaintiff International Code Council's Responses and Objections to Defendant UpCodes, Inc.'s Second Set of Requests for Production of Documents, which contained ICC's response and objections to *Copyright II* No. RFP 29.

7. On March 12, 2024, ICC served Plaintiff International Code Council, Inc.'s Responses and Objections to Defendant's First of Interrogatories, which contained ICC's responses and objections to *Copyright II* ROGs Nos. 1–2 and *Copyright II* ROGs Nos. 6–7.

8. From April 2024 to August 2025, the Parties exchanged numerous correspondence and met and conferred via audioconference on several occasion. Below outlines such occasions but is not meant to be an exhaustive list of each of the Parties' exchanges.

9. On April 19, 2024, UpCodes sent ICC a letter addressing *Copyright II* ROGs Nos. 1–2 and *Copyright II* Nos. ROGs 6–7.

10. On August 1, 2024, having not received a response from ICC to UpCodes' April 19, 2024 letter, UpCodes emails ICC regarding *Copyright II* ROGs Nos. 1–2 and *Copyright II* ROGs Nos. 6–7.

11. On August 15, 2024, ICC sends UpCodes a letter responding to UpCodes' April

19, 2024 letter regarding *Copyright II* ROGs Nos. 1–2 and *Copyright II* ROGs Nos. 6–7.

12.   On August 16, 2024, the Parties meet and confer regarding *Copyright II* ROGs Nos. 1–2 and *Copyright II* ROGs Nos. 6–7. Adi Kamdar and Mark Marciszewski were present on behalf of UpCodes; Jane Wise and Gaby Velkes were present on behalf of ICC.

13.   On October 21, 2024, UpCodes emails ICC regarding *Copyright II* RFP Nod. 29.

14.   On October 24, 2024, the Parties met and conferred via audio conference regarding *Copyright II* RFP No. 29. Roman Swoopes, Hannah, Jiam and Mark Marciszewski were present on behalf of UpCodes; Jane Wise and Gaby Velkes were present on behalf of ICC.

15.   On November 8, 2024, UpCodes emails ICC regarding *Copyright II* RFP No. 29.

16.   On November 13, 2024, ICC emails UpCodes regarding *Copyright II* RFP No. 29.

17.   On January 6, 2025, UpCodes emails ICC regarding *Copyright II* RFP No. 29. Therein, UpCodes includes screenshots of a portion of ICC's website currently and in Summer 2020, highlighting "differences in the URL addresses and the addition of errant arrows."

18.   On January 16, 2025, having not received a response from ICC, UpCodes emails ICC to follow up regarding *Copyright II* RFP No. 29.

19.   On February 24, 2025, having not received a response from ICC, UpCodes emails ICC to follow up regarding *Copyright II* RFP No. 29.

20.   On March 26, 2025, ICC emails UpCodes regarding *Copyright II* RFP No. 29. Therein, ICC's counsel stated that "we have confirmed that different versions of the codes posted on ICC's website have remained static since their initial upload in vast majority of instances and are, in the ordinary course, only updated through issuance of an errata. Only in rare circumstances will the ICC team update existing content within such versions to address certain high priority errors. We have collected documents from the relevant custodian who would have

knowledge of all such rare occurrences and are running a targeted search to identify emails describing these limited changes. We understand that this will capture all such occurrences and would avoid the need for a technically burdensome and disproportionate collection of ICC's entire website. We will also be producing documentation that details when each version of each code was published online. Together, this will provide UpCodes with information regarding the period that each version of each code has been on the website as well as a description and date of any content changes directly in published versions."

21. On May 7, 2025, UpCodes sends ICC a letter regarding *Copyright II* ROGs Nos. 1–2, *Copyright II* Nos. ROGs 6–7, and *Copyright II* RFP No. 29.

22. On May 16, 2025, UpCodes emails ICC regarding *Copyright II* ROGs Nos. 1–2, *Copyright II* ROGs Nos. 6–7, and *Copyright II* RFP Nos. 29.

23. On May 23, 2025, the Parties meet and confer via audioconference regarding *Copyright II* ROGs Nos. 1–2, *Copyright II* ROGs Nos. 6–7, and *Copyright II* RFP No. 29. Hannah Jiam and Mark Marciszewski were present on behalf of UpCodes; Jane Wise and Gaby Velkes were present on behalf of ICC.

24. On July 18, 2025, UpCodes sends ICC a letter regarding *Copyright II* ROGs Nos. 1–2, *Copyright II* ROGs Nos. 6–7, and *Copyright II* RFP No. 29. UpCodes confirms an impasse on *Copyright II* ROGs Nos. 6–7.

25. On July 21, 2025, UpCodes emails ICC regarding *Copyright II* RFP No. 29.

26. On July 21, 2025, ICC emails UpCodes regarding *Copyright II* RFP No. 29. Therein, ICC's counsel stated that "we have been conducting an analysis to see what, if any, changes are made after a particular edition is published. Although we are still finishing up that review, we do not anticipate having much to produce (if anything). We will agree to exchange

whatever ICC identifies that is non-privileged and responsive by July 25."

27. On July 21, 2025, UpCodes emails ICC regarding *Copyright II* RFP No. 29.

28. On July 25, 2025, ICC makes a limited production of screenshots of the current ICC website in response to *Copyright II* RFP No. 29.

29. On July 26, 2025, UpCodes emails ICC regarding *Copyright II* RFP No. 29.

30. On July 31, 2025, having not received a response from ICC, UpCodes emails ICC regarding *Copyright II* ROGs Nos. 1–2, *Copyright II* ROGs Nos. 6–7, and *Copyright II* RFP No. 29.

31. On August 1, 2025, ICC makes a limited production of screenshots of the current ICC website in response to *Copyright II* RFP No. 29.

32. On August 4, 2025, the Parties met and confer regarding *Copyright II* RFP No. 29 and *Copyright II* ROGs Nos. 1–2.  Hannah Jiam and Mark Marciszewski were present on behalf of UpCodes; Jane Wise and Jordan Chisek were present on behalf of ICC.  ICC's counsel represents that ICC's website is static and that there have been no changes to its content.

33. On August 6, 2025, UpCodes emails ICC regarding *Copyright II* RFP No. 29 and *Copyright II* ROGs Nos. 1–2.

34. On August 15, 2025, UpCodes emails ICC regarding *Copyright II* RFP No. 29 and *Copyright II* ROGs Nos. 1–2.  ICC emails UpCodes regarding *Copyright II* RFP No. 29 and *Copyright II* ROGs Nos. 1–2.

35. On August 17, 2025, ICC makes production of more current website screenshots in response to *Copyright II* RFP No. 29.

36. On August 26, 2025, UpCodes emails ICC regarding *Copyright II* ROGs Nos. 1–2, *Copyright II* ROGs Nos. 6–7, and *Copyright II* RFP No. 29, asking ICC for positions or to

confirm at impasse.

37. On August 29, 2025, ICC sends UpCodes a letter confirming at impasse on *Copyright II* ROGs Nos. 1–2 and *Copyright II* RFP No. 29. Therein, ICC states that it "collected documents from the relevant custodian who would have been tasked with making these changes" but "did not identify any responsive documents during the relevant time period."

38. To date, ICC has not produced any screenshots of ICC's historical website.

39. To date, ICC has not provided any declaration regarding the static nature of its website or regarding the changes it has made to the content of its website.

I declare under penalty of perjury and the laws of New York that the foregoing statements are true and correct.

Executed this 19th day of September, 2025 in Los Angeles, CA.

MARK D. MARCISZEWSKI