UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al.

                     Plaintiffs,                  17-CV-06261 (VM) (VF)

       -against-                             **ORDER**

UPCODES, INC. et al,

                     Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On October 8, 2025, a conference was held to address the discovery disputes raised at ECF Nos. 249 and 252. The issues were addressed based on the reasons stated on the record. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 249.

**SO ORDERED.**

DATED:      New York, New York
                October 8, 2025

                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate