# Exhibit A

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK


INTERNATIONAL CODE COUNCIL,
INC., et al.,                           : Docket #17-cv-06261

                    Plaintiffs,         :

     -against-                          :

UPCODES, INC.,                          : New York, New York
                                          October 8, 2025

                    Defendant.
---------------------------------:

                       PROCEEDINGS BEFORE
                THE HONORABLE VALERIE FIGUEREDO
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:      MORGAN LEWIS & BOCKIUS LLP
                    BY:  JANE W. WISE, ESQ.
                    1111 Pennsylvania Ave, NW
                    Washington, DC 20004


                    DLA PIPER, LLP
                    BY:   JORDAN CHISEK, ESQ.
                    500 Eighth Street, NW
                    Washington, DC 20004


For Defendant:      MORRISON & FOERSTER, LLP
                    BY:  ADITYA KAMDAR, ESQ.
                         MARK MARCISZEWSKI, ESQ.
                    425 Market Street
                    San Francisco, California 94105

Transcription Service: Marissa Lewandowski
                       Phone:  (631) 813-9335
                       E-mail:marissamignano@gmail.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

```
 1    this -- that UpCodes' search a quid pro quo, it, to
 2    me, has always sounded like UpCodes had to do
 3    something that it didn't want to do and so it wants
 4    ICC to do the same thing.  And our websites aren't
 5    the same.  ICC -- we put this in the exhibit that
 6    we -- this is in Exhibit 5 -- has static versions of
 7    each publication or subversion of the code.  And we
 8    have done our best to produce over 30,000 pages to
 9    show those different versions.
10            The difference with UpCodes is UpCodes
11    doesn't keep a static code.  It has -- if you go
12    today to a particular jurisdiction for the 2021
13    building code, it will be whatever UpCodes has
14    determined is the amendments as enacted for that
15    jurisdiction for that publication.  And that
16    changes.  If the jurisdiction makes an amendment,
17    UpCodes claims that it updates that automatically,
18    or within a very soon time afterwards.
19            ICC doesn't do its updates that way.  It
20    works with the jurisdictions.  And if the
21    jurisdiction identifies, for example, an error, then
22    the -- it's up to the jurisdiction of whether to
23    create an errata.  And then the errata itself will
24    be separately published and available on ICC's
25    website.  And we have done everything we can to
```

```
 1              MS. WISE:  That was part of our problem
 2   with preparing one.
 3              MR. KAMDAR:  I think that -- you know, that
 4   may be the case, your Honor, that there might be no
 5   one who could attest to that.
 6              I would just point to the fact that ICC's
 7   counsel has represented that there have been updates
 8   to existing content to address errors.  So, clearly,
 9   someone knows something or at some point knew
10   something.  Perhaps they're still at ICC.
11              To the extent we can figure out what the
12   extent of those changes are, I think that would be
13   appreciated.
14              MS. WISE:  What we have said with respect
15   to errors is that ICC addresses them in the next
16   published version.  So, for example, UpCodes
17   identified what it claimed was an error, and it
18   would turn out that there had been an interim change
19   in the locality's amendments to the model code.  And
20   in the next cycle those will get incorporated.
21              So if on -- and, again, these are
22   fictitious dates.  If on January 1st, 2022, North
23   Carolina adopted the 2021 International Building
24   Code, in May North Carolina makes an amendment --
25   May 2022, North Carolina makes an amendment, ICC
```

```
 1    this is not -- you know, we're happy to submit this
 2    if the Court would appreciate it.  We had tried to
 3    get to the bottom of this through other discovery
 4    means, including requests for admission.  We had
 5    asked ICC specifically to admit that the codes on
 6    ICC's website are only updated when ICC, you know,
 7    works with the jurisdiction on the next edition of
 8    that code, which I understand ICC's counsel to have
 9    just said, and they denied that.
10              So we're not entirely sure that that is a
11    fully accurate reflection of what ICC does.  And
12    part of the issue is it seems -- yeah, go ahead.
13              MS. WISE:  I think the difference is your
14    request for admission asked for generalized
15    admissions that would say ICC never publishes
16    anything until the next issue.  And I have also said
17    that ICC will issue an errata if that's what the
18    state wants.
19              So we've provided accurate responses to
20    your requests, as your request was written.  And the
21    statement that I made is also true.  I think there
22    were some poorly worded requests for admissions, and
23    we've discussed that previously in meet and confers.
24              THE COURT:  I wonder, Mr. Kamdar, maybe,
25    perhaps, given the discussion today, would it make
```

```
 1   sense to serve another RFA, perhaps more targeted,
 2   given now what you understand the baseline to be
 3   with regard to these historical changes?
 4           MR. KAMDAR:  Yeah, I think that would --
 5   that would be useful, your Honor.
 6           THE COURT:  Okay.  So then I guess before
 7   we end the call, I just wanted to circle back to the
 8   second point, which had to do with this idea that
 9   the codes carry the force of law.  And I understood
10   at the very end, Ms. Wise, you were indicating --
11   you had posed this example of why it would be
12   problematic for ICC to list the jurisdictions where
13   it is aware of that the codes had been adopted.  And
14   you had said, well, what if UpCodes is constantly
15   updating its website with new codes and they then
16   adopt a new code, and you wouldn't narrow your
17   claims or concede that that wasn't within the realm
18   of infringement here.
19           And I'm just curious, if the list were --
20   you know, I think what Mr. Kamdar had said, what
21   jurisdictions that you're aware of, if there's a way
22   to maybe limit that, the timing to make it clear
23   that it's, you know, cabined to a specific date,
24   would that potentially address your concern that
25   they might later add new jurisdictions that at the
```

```
 1                    C E R T I F I C A T E
 2
 3        I, Marissa Lewandowski, certify that the
 4   foregoing transcript of proceedings in the case of
 5   International Code Council, Inc. et al v.
 6   Upcodes, Inc. et al, Docket #1:17-cv-06261-VM-VF, was
 7   prepared using digital transcription software and is
 8   a true and accurate record of the proceedings.
 9
10
11   Signature    __Marissa Lewandowski__
12                   Marissa Lewandowski
13
14   Date:       October 17, 2025
```