**MORRISON FOERSTER**

2100 L STREET, NW
SUITE 900
WASHINGTON
DC  20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

January 15, 2026

Writer's Direct Contact
+1 (202) 887-6954
AKamdar@mofo.com

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Request to File Certain Financial Discovery Letter Exhibits Under Seal in
      *International Code Council, Inc. v. UpCodes, Inc., et al.*
      Consolidated Case Nos. 1:20-cv-04316-VM-VF, 1:17-cv-06261, 1:22-cv-10815

Dear Judge Figueredo:

I write on behalf of Defendants (collectively, "UpCodes") in the above-referenced matter. Defendants respectfully seek to file under seal portions of Exhibit 1 and all of Exhibit 3 attached to their letter motion to compel ICC to supplement its production of financial documents and user metrics.  Public redacted versions of the motion and the attachments thereto will be filed after the sealed motion.  Exhibit 1 is an email thread between counsel for ICC and UpCodes that contains deposition transcript excerpts of ICC's witnesses Gosia Furman and Daniel Janousek and third party Ashish Joy.  Exhibit 3 is an excerpt of a deposition transcript of Ms. Furman.  ICC has designated Ms. Furman's and Mr. Janousek's deposition transcripts as Highly Confidential – Attorneys' Eyes Only pursuant to the protective order entered by the Court.  ECF No. 27.  UpCodes has designated Mr. Joy's deposition transcript as Highly Confidential – Attorneys' Eyes Only.

Sincerely,

*/s/ Aditya V. Kamdar*
Aditya V. Kamdar