# EXHIBIT 1

**\*\*PUBLIC – REDACTS INFORMATION FILED CONDITIONALLY UNDER SEAL\*\***

| | |
|---|---|
| **From:** | Jiam, Hannah |
| **To:** | Sajjan, Umeet K.; Chisek, Jordan; UPCODES-DT |
| **Cc:** | Fee, Kevin; Trager, Staci; Wise, Jane; Houston, Olivia |
| **Subject:** | RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF) |
| **Date:** | Tuesday, January 6, 2026 12:57:22 PM |
| **Attachments:** | image001.png |

Counsel,

We are following up regarding ICC's production of financials and metrics documents responsive to several of UpCodes' RFPs, and to which ICC had agreed to produce responsive documents.

As reflected in our emails dated December 11, December 12, December 16, and December 22, we have repeatedly sought to meet and confer on these materials.  ICC's witnesses have confirmed that the relevant financials and metrics could be collected.  To date, however, these documents have not been produced, and we have received no response to our multiple meet-and-confer requests.

We have now been attempting to meet and confer on these issues for several weeks without any response from ICC.  Please provide your availability for this week so that we can fulfill our meet-and-confer obligations and address ICC's failure to produce these documents.

If we do not receive your availability for a meet and confer this week, we will proceed with filing a motion to compel. In that motion, we will note that we made repeated good-faith efforts to meet and confer, and that ICC declined to engage.

Sincerely,
Hannah

---

**From:** Sajjan, Umeet K. <USajjan@mofo.com>
**Sent:** Monday, December 22, 2025 1:42 PM
**To:** Jiam, Hannah <HJiam@mofo.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>; UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

Counsel,

Please provide your availability to meet and confer on ICC's production of financial and metrics documents.

Regards,
Umeet

**Umeet K. Sajjan** (she/her)
Associate
usajjan@mofo.com

T: +1 (415) 268-6197
M:+1 (415) 812-8447

Morrison Foerster
425 Market St.
San Francisco, CA 94105



mofo.com | LinkedIn

---

**From:** Sajjan, Umeet K. <USajjan@mofo.com>
**Sent:** Tuesday, December 16, 2025 5:04 PM
**To:** Jiam, Hannah <HJiam@mofo.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>;
UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise,
Jane <Jane.Wise@us.dlapiper.com>; Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

Counsel,

We are following up on our emails below. Please confirm that ICC will supplement its production of
financial and metrics documents by the end of this week. Alternatively, please provide your
availability to meet and confer.

Regards,
Umeet

**Umeet K. Sajjan** (she/her)
Associate
usajjan@mofo.com
T: +1 (415) 268-6197
M:+1 (415) 812-8447

Morrison Foerster
425 Market St.
San Francisco, CA 94105



mofo.com | LinkedIn

---

**From:** Sajjan, Umeet K. <USajjan@mofo.com>
**Sent:** Friday, December 12, 2025 6:48 PM
**To:** Jiam, Hannah <HJiam@mofo.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>;
UPCODES-DT <UPCODES@mofo.com>

**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

Counsel,

We are reviewing the productions ICC made today. Based on our initial review, ICC's financial and metrics-related documents still appear to be deficient for the reasons stated in our December 2 and 11 emails. Please confirm that you will supplement promptly.

Regards,
Umeet

**Umeet K. Sajjan** (she/her)
Associate
usajjan@mofo.com
T: +1 (415) 268-6197
M:+1 (415) 812-8447

Morrison Foerster
425 Market St.
San Francisco, CA 94105



mofo.com | LinkedIn

---

**From:** Sajjan, Umeet K. <USajjan@mofo.com>
**Sent:** Thursday, December 11, 2025 8:53 PM
**To:** Jiam, Hannah <HJiam@mofo.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>; UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

Jordan,

████████████████████████████████████████

█████████ In addition to the requests in our December 2 email, please produce the following documents immediately as they are responsive to at least UpCodes' UpCodes FAL RFP Nos. 7-8; UpCodes Copyright II RFP No. 1, 11, 21-24, 26-27 to which ICC agreed to produce responsive documents.

**Exhibits 249-250**
████████████████████████████████████████

██████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████████████████████ Please produce this data through 2025. Additionally, please produce updated versions of ICC00266363 and ICC00069239 with data through the present date.

**Exhibits 251-256 and 258-260**

███████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████

Please produce ICC's sales data reflected in Furman Exhibits 251-256 and 258-260 so that the documents are updated through the current date and include an "Item Class Code" or other information sufficient to show what format of document each invoice refers to.

**Exhibits 261, 263-265**

Ms. Furman was not prepared to discuss Exhibits 261, 263-265. These are the metrics documents Mr. Johnson was unable to testify on. *See* 12/5/25 Jiam Email Re ICC v. UpCodes - 30(b)(6) Exhibit and Topics; 12/5/25 Trager Email Re ICC v. UpCodes - 30(b)(6) Exhibit and Topics.

███████████████████████████████████████████████████████████████
████████████████████████████████ Please produce supplemental metrics documents:

- For Exhibit 261 (ICC00268044), please provide what exact URLs each metric corresponds to, what the "Users" metrics represent (i.e., does this category represent unique users, does it represent all users, does it include all visitors to the site or only some visitors, is it counting visitors regardless of a login status, what are the access levels of the users), what the "Pageviews" metric represents (i.e., are these all the page views for each date, are they page views by unique users, are these page views by users who are logged into some account, and is there any corresponding access level data).
- For Exhibit 263 (ICC00263736) and Exhibit 264 (ICC00399133), please provide access level data or parameters corresponding to these metrics.
- For Exhibit 265, please provide the metrics data from the date each publication was added to Digital Codes Premium, provide the corresponding access level metrics, and clarify whether these metrics reflect all users or users who may need a subscription or account.

Of course, ICC is welcome to make another witness available to testify as to the information contained in these documents.

To the extent any of the metrics documents ICC has produced are not current, please produce updated metrics documents through the current date.

**Exhibit 267**

Lastly, ███████████████████████████████████████████████
████████████████████████████████████████ Please produce these documents.

Regards,
Umeet

**Umeet K. Sajjan** (she/her)
Associate
usajjan@mofo.com
T: +1 (415) 268-6197
M:+1 (415) 812-8447

Morrison Foerster
425 Market St.
San Francisco, CA 94105



mofo.com | LinkedIn

---

**From:** Jiam, Hannah <HJiam@mofo.com>
**Sent:** Monday, December 8, 2025 12:00 PM
**To:** Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>; UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

Hi Jordan,

Our responses are as follows:

1. We understand that ICC is asking us to supplement its production of documents regarding views on each UpCodes webpage hosting a law adopting a Work-in-Suit, broken down by page per month. We will make this supplementation.

2. UpCodes will produce reports regarding the number of free trial signups per month. UpCodes is investigating whether it can create documents reflecting the number of free-tier users that converted to a paid subscription and the number of paid users that churned, but will produce those documents if possible. Please identify the RFP to which "product feature usage data" responds.

3. ██████████████████████████████████████████████████
██████████████████████████████████████████████████████



4. ICC's response does not make sense.  Both sides have in good faith been, in good faith, producing updated versions of their financial and metrics documents.  With respect to the documents that UpCodes identified below, ICC should produce any new versions of such documents to the extent they have since been updated to reflect new data.  Accordingly, to the extent ICC has any versions of the documents identified in UpCodes' list that have since been updated for latter years (e.g., there exists a 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, or 2025 version of the 2014 budget identified in ICC00039292), ICC should produce it.  These are documents that fall within RFPs that UpCodes has already propounded (*see, e.g.*, UpCodes FAL RFP Nos. 7-8; UpCodes Copyright II RFP No. 1, 11, 21-23, 26-27) and to which ICC agreed to produce responsive documents.

---

**From:** Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>
**Sent:** Friday, December 5, 2025 6:02 PM
**To:** UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

<mark>External Email</mark>

---

Counsel, please see below.

Webpage Views:  ICC is asking UpCodes to produce and/or supplement its production (to the extent already produced) with regard to RFPs 12, 57, 74, and 94, which are seeking, among other things, information on the number of times the UpCodes webpage hosting the codes at issue are viewed broken down by page per month. This request for website views has been pending for over two weeks, therefore please confirm that UpCodes will move forward with making this production immediately.

Growth Data: ICC also demands the immediate productions of data from UpCodes that

reports on the number of free trial signups per month, paid conversion from trial data, churn from paid data, and product feature usage data. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████ As requested in the relevant RFPs (see e.g., RFP 57), please provide this information on a monthly basis, and provide the reports from 2017-the present. Please produce these documents in advance of next week's depositions.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Please produce these documents in advance of next week's depositions.

UpCodes' requests: Many of your requests for a supplemental production from ICC are not documents that can be supplemented (e.g., a graph generated over ten years ago). As another example, ICC00039292 is a 2014 budget. ICC cannot reasonably be asked to supplement a budget from a single year from over a decade ago. ICC has produced the relevant financial information as it is kept in the ordinary course of business That being said, where appropriate and feasible, ICC is reviewing your requests and will make a supplemental document production, if available.

Regards,

Jordan

Jordan Chisek

Associate

---

T  +1 415 836 2549
F  +1 415 659 7349
jordan.chisek@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Jiam, Hannah <HJiam@mofo.com>
**Sent:** Friday, December 5, 2025 12:20 PM
**To:** Houston, Olivia <Olivia.Houston@us.dlapiper.com>; UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

⚠ EXTERNAL MESSAGE

Hi Olivia,

Just following up on this.  Please let us know what metrics/financial documents ICC would like UpCodes to supplement, and whether ICC agrees to similarly supplement its own metrics/financial documents, as identified below.

Sincerely,
Hannah

---

**From:** Jiam, Hannah <HJiam@mofo.com>
**Sent:** Tuesday, December 2, 2025 5:16 PM
**To:** Houston, Olivia <Olivia.Houston@us.dlapiper.com>; UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

Hi Olivia,

Can you please identify by Bates number what exact metrics/financial documents that ICC would like UpCodes to supplement?  This will make it easier for us in light of the volume of documents that UpCodes has already produced.

Relatedly, can you please let us know whether ICC would similarly agree to supplement metrics/financial documents that it has produced in this matter?  Please see below a list of documents that need supplementation:

| Document (By Bates) | Supplementation Needed |
|---|---|
| ICC00399156 | The current document only provides data from 2023-2025, and it is unclear whether this includes views for both ICC's Complimentary and Digital Codes Premium websites, or one or the other.<br><br>Please provide supplement this data to provide information from 2017-2022, as well as to provide detail regarding free versus premium views. |
| ICC00268044 | Please supplement to provide data from 2017, 2024, and 2025 |
| ICC00069223 | Please update this data through 2025 for the Works-in-Suit |
| ICC00069239 | Please update this data through 2025 for the Works-in-Suit |
| ICC00039340 | Please update this data through 2025 |
| ICC00039292 | Please update this data through 2025 |

| ICC00038248 | Please update this data through 2025 |
| ICC00038148 | Please update this data through 2025 |
| ICC00070912 | Please provide the latest version of this spreadsheet |
| ICC00074695 | Please provide the latest version of this spreadsheet |
| ICC00049902 | Please provide an updated version of this spreadsheet through 2025 |
| ICC00060568 | Please provide the latest version of this spreadsheet |
| ICC00058551 | Please provide the latest version of this spreadsheet |
| ICC00058528 | Please provide the latest version of this spreadsheet |
| ICC00263734 | Please update this data through 2025 |
| ICC00263735 | Please update this data through 2025 |
| ICC00263736 | Please update this data through 2025 |
| ICC00266362 | Please update this data through 2025 |
| ICC00266364 | Please update this data through 2025 |

Can you also please provide us with ICC's response to Mark's 11/26 email regarding UpCodes' RFPs 36 and 37?

Sincerely,

Hannah

**From:** Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Sent:** Monday, December 1, 2025 4:47 PM
**To:** UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

External Email

Hello,

We have not received a response to our request below for updated website traffic/number of page views. Please do so by end of day tomorrow, December 2, 2025 or provide your justification for failing to do so. We do not believe this should be a contentious request. But if we are mistaken, please let me know so that we can confer before asking the Court to

intervene.

Best,
Olivia

## Olivia Lynn Houston
Associate (she/her/hers)

T  +1 202 799 4396
F  +1 202 799 5232
M  +1 202 235 6432
olivia.houston@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Houston, Olivia
**Sent:** Tuesday, November 18, 2025 5:40 PM
**To:** UPCODES-DT <UPCODES@mofo.com>
**Cc:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Trager, Staci <Staci.Trager@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>
**Subject:** RE: ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

Counsel,

ICC asks that you supplement your production in response to RFPs 12, 57, 74, and 94. As you indicated in your response to Request for Production No. 94, UpCodes has taken the position that it has already produced relevant documents responsive to this request and we ask that you supplement this production by providing updated website traffic/number of page views for the intervening months.

Please do so no later than November 26, 2025.

Best,
Olivia

## Olivia Lynn Houston
Associate (she/her/hers)

T  +1 202 799 4396
F  +1 202 799 5232
M  +1 202 235 6432
olivia.houston@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Torres, Connie <CTorres@mofo.com>

**Sent:** Monday, August 11, 2025 6:05 PM
**To:** Fee, Kevin <Kevin.Fee@us.dlapiper.com>; Wise, Jane <Jane.Wise@us.dlapiper.com>; Chisek, Jordan <Jordan.Chisek@us.dlapiper.com>; Houston, Olivia <Olivia.Houston@us.dlapiper.com>
**Cc:** UPCODES-DT <UPCODES@mofo.com>
**Subject:** ICC v. UpCodes, Case No. 1:20-cv-04316 (DEH) (VF)

⚠ EXTERNAL MESSAGE

Hello,

Attached please find Defendant UpCodes, Inc.'s Responses and Objections to Plaintiff International Code Council, Inc.'s Requests for Production, Set Four (Nos. 90-97).

**Connie Torres**
Practice Coordinator
ctorres@mofo.com
T: +1 (213) 892-5606

Morrison Foerster
707 Wilshire Boulevard
Los Angeles, CA 90017-3543



mofo.com | LinkedIn

===================================================================
=====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

===================================================================
=====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.