# EXHIBIT 3

**\*\*REDACTED - FILED IN ITS ENTIRETY UNDER SEAL\*\***