**IIIORRISON FOERSTER**

2100 L STREET, NW
SUITE 900
WASHINGTON
DC  20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI, NEW
YORK, PALO ALTO, SAN DIEGO, SAN
FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

January 23, 2026

Writer's Direct Contact
+1 (202) 887-6954
AKamdar@mofo.com

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **International Code Council, Inc. v. UpCodes, Inc., et al.**
       **Consolidated Case Nos. 1:20-cv-04316-VM-VF, 1:17-cv-06261, 1:22-cv-10815**

Dear Judge Figueredo:

Defendants (collectively, "UpCodes") write in response to the Court's request (ECF No. 278) for a motion to seal related to UpCodes' motion to compel (ECF No. 274).  UpCodes withdraws its request to seal the excerpts of deposition testimony in Exhibit 1.  UpCodes understands that ICC intends to file a motion concerning its own confidential material, and UpCodes takes no position on whether ICC's material should remain sealed.

Sincerely,

*/s/ Aditya V. Kamdar*
Aditya V. Kamdar