UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CODE COUNCIL,
INC., et al.,

                              Plaintiffs,                    17-CV-06261 (VM) (VF)

             -against-                       **ORDER**

UPCODES, INC. et al.,

                              Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 12, 2025, ICC filed a letter motion seeking a protective order, excusing it from responding to UpCodes' Third and Fourth Sets of Requests for Admission ("RFA"). ECF No. 263. On the same day that ICC filed its letter motion, it served responses to all of UpCodes' RFAs. On January 2, 2026, UpCodes responded to ICC's letter motion, indicating that it had offered to withdraw the vast majority of the RFAs but wanted proper responses to 42 RFAs (Nos. 273-314). ECF No. 269. This issue was addressed at a conference on January 9, 2026. See ECF No. 276. Although ICC responded to the 42 RFAs, the responses were boilerplate responses with objections; ICC did not provide an admission or denial to any RFA. Because the at-issue RFAs are written in such a way as to allow ICC to provide an admission or denial (or a qualified admission or denial), ICC is hereby directed to respond to the 42 RFAs. The responses to the RFAs, however, will not be deemed "exemplary" of the responses to any of the other RFAs.

Finally, as discussed at the conference, the third-party deposition issue raised at ECF No. 260 is moot. See ECF No. 276 at 17-21.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 260 and 263.

**SO ORDERED.**

DATED:    New York, New York
February 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge