**IIIORRISON FOERSTER**

12531 HIGH BLUFF DRIVE
SUITE 200
SAN DIEGO
CALIFORNIA  92130-3588

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG, LONDON,
LOS ANGELES, MIAMI, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SEATTLE,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

March 19, 2026

Writer's Direct Contact
+1 (213) 892-5435
SDoudar@mofo.com

Via ECF

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York, NY 10007

**Re:**   ***International Code Council, Inc. v. UpCodes, Inc., et al.,***
Consolidated Case Nos. 1:20-cv-04316-VM-VF, 1:17-cv-06261, 1:22-cv-10815

Dear Judge Figueredo:

UpCodes submits this letter motion concerning the expert discovery schedule in the above-captioned case.

On January 15, 2026, UpCodes filed a letter motion seeking an order compelling Plaintiff International Code Council ("ICC") to produce financial and metrics documents and to provide an additional Rule 30(b)(6) witness for deposition (or, alternatively, to provide missing context for certain produced documents). *See* ECF No. 274. On February 10, 2026, the Court held a discovery conference regarding this motion. *See* ECF No. 279 (order scheduling discovery conference). The Court has not yet ruled on this motion. The financial and metrics documents and deposition at issue are directly relevant to UpCodes' opening expert report on market harm and a potential rebuttal report on damages. Therefore, UpCodes respectfully requests that the expert discovery deadlines be extended and tied to the Court's resolution of this motion.

UpCodes met and conferred with ICC about this request on March 19, 2026, but ICC declined to stipulate, expressing concern about an indefinite delay. UpCodes made clear that it does not seek to delay discovery indefinitely; rather, the requested extension is intended to avoid the need to amend expert reports or disrupt any dispositive briefing schedules if additional materials are produced after the current expert report deadlines.

IIIORRISON FOERSTER

The Honorable Valerie Figueredo
March 19, 2026
Page Two

UpCodes proposes the following amended expert discovery schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | April 13, 2026 | If the Court grants ECF No. 274, ICC will have two weeks to produce the ordered documents and, if a deposition is ordered, set a deposition date.  Opening expert reports would be due three weeks after production.<br><br>If the Court denies ECF No. 274, opening expert reports would be due three weeks after denial. |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | May 18, 2026 | Five weeks after opening expert reports. |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | June 29, 2026 | Six weeks after rebuttal expert reports. |

Sincerely,

*/s/ Sara Doudar*

Sara Doudar

*Counsel for Defendant*
*UpCodes, Inc.*