**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>UPCODES, INC., GARRETT REYNOLDS, and SCOTT REYNOLDS,<br><br>          Defendants. | **Civil Action Nos.**<br><br>**1:20-cv-04316\***<br>**1:22-cv-10815\***<br><br>**\*Consolidated Case:**<br>**1:17-cv-06261** |

**JOINT STIPULATION CONCERNING**
**EXTENSION OF EXPERT DISCOVERY**

COMES NOW Plaintiff International Code Council, Inc. ("ICC") and Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively, "Defendants" or "UpCodes"), by and through their respective undersigned counsel, and jointly notify the Court that the parties have stipulated to extend expert discovery deadlines.

1.      WHEREAS, on April 6, 2026, the Court ordered ICC to supplement its production of, among other things, sales and cost data through the end of 2025, royalty and licensing information, payment records underlying ICC's ledgers, and item class codes for ICC's sales data (the "Production Order").  ECF No. 299.

2.      WHEREAS, the Court also extended the expert discovery schedule as set forth in ECF No. 299, adopting the deadlines proposed in ECF No. 298 at 2.

3.      WHEREAS, opening expert reports are currently due three weeks after ICC's production.  *See* ECF Nos. 299 and 298.

4.      WHEREAS, ICC made a document production on April 20, 2026, in response to the April 6, 2026 Production Order.

5.	WHEREAS, as of the date of this filing, the parties dispute whether ICC has produced all documents required by the Production Order.

6.	WHEREAS, ICC has agreed to produce additional documents and information in connection with the Production Order.

7.	WHEREAS, UpCodes represents the documents that ICC has not yet produced are required to complete its opening expert reports.

8.	WHEREAS, ICC has represented that it will produce the outstanding documents.

9.	WHEREAS, the parties have met and conferred and agreed to extend the expert discovery schedule so that ICC may complete its production pursuant to the Production Order and UpCodes may use the produced documents in connection with its opening expert reports.

10.	WHEREAS, UpCodes reserves the right to seek further relief from the Court if it does not receive the requested documents and information from ICC by May 8, 2026.

THEREFORE, THE UNDERSIGNED PARTIES HEREBY STIPULATE TO THE FOLLOWING:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | Opening expert reports would be due three weeks after production. | May 29, 2026 |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | Five weeks after opening expert reports. | July 6, 2026 |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | Six weeks after rebuttal expert reports. | August 14, 2026 |

**IT IS SO STIPULATED.**

Dated:  May 7, 2026

Respectfully submitted,

/s/ Jane Wise
J. Kevin Fee
Jane W. Wise
Olivia Houston
kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com
olivia.houston@us.dlapiper.com
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, DC 20004
Telephone:  202.799.4000
Facsimile:  202.799.5000

Staci Trager
staci.trager@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, California 90067
Telephone:  310.595.3000
Facsimile:  310.595.3300

Jordan Chisek
jordan.chisek@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone:  415.836.2500
Facsimile:  415.836.2501

Emily Green Radin
emily.radin@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  212.335.4500
Facsimile:  212.335.4501

*Attorneys for Plaintiff*
*International Code Council, Inc.*

/s/ Hannah Jiam
Hannah Jiam (*pro hac vice*)
Joseph C. Gratz (*pro hac vice*)
Gene Novikov (*pro hac vice*)
Umeet K. Sajjan (*pro hac vice*)
Kate Im (*pro hac vice*)
HJiam@mofo.com
JGratz@mofo.com
GNovikov@mofo.com
USajjan@mofo.com
KIm@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:  415.268.7000
Facsimile:  415.268.7522

Mark D. Marciszewski (*pro hac vice*)
MMarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:  213.892.5200
Facsimile:  213.892.5454

Aditya V. Kamdar (*pro hac vice*)
AKamdar@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone:  202.887.1500
Facsimile:  202.887.0763

Sara A. Doudar (*pro hac vice*)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone:  858.720.5100
Facsimile:  858.720.5125

*Attorneys for Defendants*
*UpCodes, Inc., Scott Reynolds, and*
*Garrett Reynolds*